Nos. 86 and 87. ELGIN, JOLIET & EASTERN RY. CO. *v.*
CHURCHILL, ADMINISTRATOR.

Argued December 2, 1931. Decided December 7, 1931. *Per Curiam:* The writs of certiorari herein are dismissed as improvidently granted. *Mr. Paul R. Conaghan,* with whom *Messrs. Kemper K. Knapp* and *William Beye* were on the brief, for petitioner. *Mr. Herbert H. Patterson* for respondent.

No. 112. BURWELL, EXECUTRIX, ET AL. *v.* POWELL ET AL.

Argued December 8, 1931. Decided December 14, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Ennis Water Works* v. *Ennis,* 233 U. S. 652, 657, 658; *Banning Co.* v. *California,* 240 U. S. 142, 153, 154, 155; *Board of Liquidation* v. *Louisiana,* 179 U. S. 622, 638. *Mr. James E. Heath* for appellants. *Mr. Stewart K. Powell,* with whom *Mr. Wm. M. Williams* was on the brief, for appellees.

No. 159. YALE OIL CORP. *v.* MONTANA.
Argued December 9, 1931. Decided December 14, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash Ry. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. Frederick L. Pearce,* with whom *Mr. George M. Morris* was on the brief, for appellant. *Messrs. L. A. Foot* and *S. R. Foot* were on the brief for appellee.